◼ CARL TROST et al., Respondents, v ROCKINGHAM ESTATES, LLC, et al., Appellants. [982 NYS2d 423]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered April 17, 2013 in a personal injury action. The order granted the motion of plaintiffs for partial summary judgment pursuant to Labor Law § 240 (1) and denied the cross motion of defendants for summary judgment.

Now, upon reading and filing the stipulation to withdraw ap-

peal signed by the attorneys for the parties on February 20, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.